PER CURIAM.
 

 The petition for belated appeal as to the order of June 28, 2008, is denied.
 

 The petition for belated appeal as to the order of December 9, 2009, is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order rendered December 9, 2009, barring Hubbard from filing any future
 
 pro se
 
 pleadings in case number 90-6616-CFAES, in the Circuit Court in and for Volusia County, Florida.
 
 See
 
 Fla. R.App. P. 9.141(c)(6)(D).
 

 PETITION DENIED as to the June 23, 2008, order; GRANTED as to the December 9, 2009, order.
 

 GRIFFIN, PALMER and EVANDER, JJ., concur.